# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NATASA LANIERI SHAKESPEARE,**
Appellant,

v.

**HOWARD JAY SHAKESPEARE,**
Appellee.

No. 4D21-2128

[March 10, 2022]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502020DR003458XXXMB.

Christopher R. Bruce, Rosalie M. Cruz, and Zak D. Martinez of Bruce Law Firm, P.A., West Palm Beach, for appellant.

Ralph T. White of Law Office of R.T. White, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***